**PARALLEL NETWORKS, LLC,**
Plaintiff-Appellant

v.

SG INTERACTIVE INC., Blizzard Entertainment, Inc., KOG Games Inc., Reloaded Games, Inc., Defendants-Appellees

2016-2741
2016-2742
2016-2743
2016-2744

United States Court of Appeals,
Federal Circuit.

January 16, 2018

GREGORY N. STILLMAN, Hunton & Williams LLP, Norfolk, VA, argued for plaintiff-appellant. Also represented by THOMAS R. WASKOM, Richmond, VA.

TODD ERIC LANDIS, Vinson & Elkins LLP, Dallas, TX, argued for all defendants-appellees. Defendant-appellee Blizzard Entertainment, Inc. also represented by ERIC JOSEPH KLEIN; FRED WILLIAMS, MARIO A. APREOTESI, JANICE TA, Austin, TX.

JOHN EDWARD CURTIN, Capitol Patent & Trademark Law Firm, PLLC, Alexandria, VA, for defendants-appellees SG Interactive Inc., KOG Games Inc., Reloaded Games, Inc.

(Prost, Chief Judge, Schall and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**